# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK, Warden,<br><br>　　　　Respondent. | Case No. 2:23-cv-03104-MWF-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　Specifically, Petitioner's Objections (Docket No. 19) are **OVERRULED** because they repeat the same arguments correctly rejected on the merits by the Magistrate Judge. Ground One is unexhausted and no good cause exists to grant a *Rhines* stay. Ground Two is simply not cognizable on federal habeas corpus. This Court adopts in full the reasoning set forth in Respondent's Response to Petitioner's Objections to Report and Recommendation. (Docket No. 20).

1    IT IS THEREFORE ORDERED that Judgment will be entered denying the First
2 Amended Petition and dismissing this action with prejudice.

3

4 Dated: September 30, 2024

5    _____
6    MICHAEL W. FITZGERALD
     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28