JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br>　　　　Petitioner,<br>　　v.<br>KEN CLARK, Warden,<br>　　　　Respondent. | Case No. 2:23-cv-03104-MWF-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: September 30, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge